IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WILLIAMS,<br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>OWENS ILLINOIS, INC. and OWENS<br>BROCKWAY GLASS CONTAINER, INC.,<br>　　　　Defendants. | )<br>)<br>)<br>)　　Civil Action No. 13-1365<br>)<br>)<br>)<br>) |

ORDER

AND NOW, this 3rd day of June, 2014, after the plaintiff, Scott Williams, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendants, Owens-Illinois, Inc. and Owens Brockway Glass Container, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendants and the response to those objections filed by the plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 30), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion for summary judgment (ECF No. 21) is denied.

_____
Mark R. Hornak
United States District Judge